

UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

```
CLERK US DISTRICT COURT
   NORTHERN DIST. OF TX
          FILED
    2023 MAR 22  AM 11: 23

    DEPUTY CLERK  MS
```

Rochelle L Smith
Plaintiff

v.                                        Civil Action No.

General Motors, LLC                       3-23CV0625-G
And the UAW
Defendants

# COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

    Rochelle L Smith ("Plaintiff"), files this Original Petition complaining of and about General Motors, LLC and the UAW ("Defendants"), and for cause of action would show the following:

## JURISDICTION AND VENUE

1. This Court has federal question jurisdiction under 28 U.S.C. 1331 because this suit concerns the scope of the Americans with Disabilities Act ("ADA"), 42 U.S.C. 12117(a), The Equal Employment Opportunity Commission ("EEOC"), and Texas Commission on Human Rights Act ("TCHRA").

2. Venue is proper in this District under 28 U.S.C. 1391(c) because Rochelle L Smith is a Resident of this judicial district.

3. This Court is authorized to award the requested declaratory and injunctive relief under the ("ADA"), the Declaratory Judgment Act, 42 U.S.C. 12117(a); 28 U.S.C. 1361; and its general equitable powers.

## PARTIES

4. General Motors, LLC and the UAW are **"Covered entity"** as used in 42 U.S.C. 12111(2): Definitions. Principle Office of General Motors, LLC 300 Renaissance Center Detroit, MI 48243

5. At all relevant times, Defendants has continuously been a corporation doing business in the state of Texas and the city of Arlington and has continuously had at least 15 employees.

## FACTUAL BACKGROUND

**Plaintiff / Claimant Rochelle L Smith was a forklift driver at the GM assembly plant in Arlington, Texas.**

6. Rochelle L. Smith was hired at the GM Arlington Plant on February 24, 2020, as a 6 day temporary forklift driver on third shift 10:00pm – 6:00am.

7. On August 29, 2020 Rochelle L Smith was injured while driving a forklift at the GM Arlington Plant as part of her job description. Plaintiff / Claimant tried to avoided a GM automated see-grid and hit a pole, causing her forklift frame to forcefully move and hit her forehead, she also had a loss of consciousness.

8. Plaintiff / Claimant was transported to the GM Body Shop Medical by security, the nurse at GM Body Shop Medical noted that, Plaintiff / Claimant had a large swollen nodule to the forehead of Rochelle L Smith.

9. Plaintiff / Claimant stated to the nurse that she got hit on the head by the cross of the forklift when she drove the forklift into a pole trying to avoid the GM automated see-grid. Causing her to lose consciousness.

10. EMS transported Plaintiff / Claimant to Medical City Arlington ER. A CT scan of the head was performed and was negative for intracranial bleeding. She was having significant headache and stiffness in the neck and shoulders. Feels her vision is going in and out. Complaining of neck pain. Symptoms are worsening in the posterior neck bilaterally. The pain radiates to trapezius bilaterally. Associated symptoms include headache, decreased neck range of motion, neck stiffness, and neck tendness, but no upper extremity paresthesia. Plaintiff / Claimant admit to examiner to vision changes and blurred vision.
    Assessment:
    1. Head Contusion
    2. Mild Concussion
    3. Cervical Strain

11. On September 02, 2020, evaluation by Gene Joe, DO, The examinee's head was swollen. DWC Form 73 filled out by Gene Joe, OD, allowing the Plaintiff / Claimant to return to work with restriction (Sedentary work only) from September 02, 2020, to September 04, 2020.

12. Plaintiff / Claimant returns to GM Arlington Plant on September 02, 2020 work with restrictions (Sedentary work only). Rochelle L Smith did have a cephalo-hematoma in the frontal area and intermittent blurred vision dizziness and headache.

13. On September 03, 2020 Plaintiff / Claimant, presented to the GM Medical Clinic a chief complaint of headache and feeling dizzy while standing. Reports headache pain is 10/10, alert and oriented, small mound on forehead, speech clear gait steady. Ice pack on forehead, rested in the clinic, lying on table for one hour with lights off and door closed, after which the headache had decease to 7/10.
Assessment:
    1. Mild Concussion
    2. Head Contusion
    3. Cervical Strain.

14. On September 04, 2020 Concentra Medical Center, allowed Plaintiff / Claimant to turn to work with restrictions (Sedentary work only) from September 04, 2020 until GM March 2022 termination of Plaintiff / Claimant in violation of the ADA.

15. On March 08, 2022 is when Plaintiff / Claimant visit GM for her bi-weekly doctor orders update, this is when she than learn of her termination from the GM medical nurse.

## STATEMENT OF CLAIMS

This is an action under the Americans with Disabilities Act ("ADA") 42 U.S.C. 12112(a), The Equal Employment Opportunity Commission ("EEOC"), and Texas Commission on Human Rights Act ("TCHRA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Rochelle L Smith for the following:

16. General Motor, LLC and the UAW engaged in intentional discrimination against Rochelle L Smith when GM fired her while on Workman's Compensation Insurance Benefits.

17. General Motor, LLC and the UAW engaged in intentional discrimination against Rochelle L Smith when GM had her do work against the work restrictions.

18. Since September 2020 General Motors, LLC and the UAW have engaged in unlawful employment practices Smith is a qualified individual with a disability under Sections 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8). Defendants also regarded Smith as having a disability by subjecting her to an adverse employment action, race discrimination, job promotion denial and termination because of an actual or perceived physical impairment.

19. September 17, 2020, General Motors and UAW went against Texas Workman's Compensation doctor orders and the General Motors in-house doctors' orders making Rochelle L Smith work in GM trim shop, lifting heavy equipment and riding on heavy equipment which violated the restricted duty orders. Which caused agitation in her back

and neck? Because the dollies were hitting the back of the tugger truck very hard. Plaintiff / Claimant advised GM Body Shop (Supervisor) Will of the encounter.

20. Sep 18, 2020-September 30, 2020, Rochelle Smith was sent to work in the GM Stripping Department for 8 hours, where she was standing for more than the restricted hours of standing based on her restrictions. Which violated the doctors' restrictions put in place for her Texas Workman's Comp Injury?

21. October 2020 Rochelle Smith was sent to the GM Trim Shop Department to do an inventory of parts which consisted of long standing, reaching, pulling and walking. Which was a violation of Plaintiff / Claimant restrictions?

22. February 2021 Rochelle Smith was sent to the Trim Department to do an inventory of parts which consisted of long standing, reaching, pulling, and walking. Which was a violation of my restrictions? While in the inventory area where I was working a white male worker on a forklift hit the shelf that I was working on with his forklift and it hit Plaintiff / Claimant arm. Plaintiff / Claimant complained to the supervisor, witness will contest.

23. Feb 22, 2021 Nate Hampton (Supervisor) told Plaintiff / Claimant that upper management was watching everyone on restrictions and stated the GM union rep asked where she was and asked about Plaintiff / Claimant in house doctor's appointment that she was not able to attend due to the plant being closed due to the ice storm.

24. March 2021 Plaintiff / Claimant was sent to GM Trim Shop to work with Audrey a white female (Supervisor) and was told she would report to her for the next several days because she had work for Plaintiff / Claimant to do according to her restrictions.

25. March 2021, Day 1 Audrey (Supervisor) violated Plaintiff / Claimant restrictions by having her walking, reaching, bending outside of her restrictions

26. March 2021 Day 2 Audrey (Supervisor) had Plaintiff / Claimant doing janitorial work in the meeting room/break room. Washing concrete walls, washing lockers, cabinets, picking up trash and cleaning tables. Which was a violation of her contract and restricted duty orders? She complained to her (Supervisor) Nate Hampton, and GM Union Rep Dusty and KP. <u>Caravan</u> is GM designated janitorial services provider.

27. March 2021 Day 3 Plaintiff / Claimant complained to Audrey about the violations, she said Plaintiff / Claimant needed to go to GM labor and ask for a union rep, Plaintiff / Claimant tried calling GM union and no one was there. Plaintiff / Claimant had no one from GM union with her to record the event.

28. Plaintiff / Claimant went to GM labor department and Ed Driver from GM labor informed her that she had to go on "no job available" because of the complaint Plaintiff / Claimant made about the janitorial work. Plaintiff / Claimant was doing her job with

the limited restrictions at all times. So, because of the complaint Plaintiff / Claimant was sent home.

29. March 08, 2022 Plaintiff / Claimant was informed by Medical Staff at General Motors that she was no longer in the system. Plaintiff / Claimant was informed that she was terminated March 03, 2022 in which she recorded the encounter. Plaintiff / Claimant was terminated without reason or notice from General Motors or the UAW while on worker compensation. Plaintiff / Claimant emailed several UAW union reps to get clarification. When Plaintiff / Claimant did get in contact with someone from GM UAW. " she asked why wasn't her employment switched from temp to permanent after her 2 year anniversary date" and was informed that because she was on Worker Compensation she was denied that promotion. Plaintiff / Claimant also ask why no one sent her anything via mail regarding her employment. UAW did not have any answers, so Plaintiff / Claimant was denied a promotion, profit shares, and terminated after her 2 year anniversary date.

30. March 30, 2022 Plaintiff / Claimant emailed Jordan Bushey with Sedgwick Claims Management, INC inquiring about her not receiving her workers comp check. He emailed her back on April 01, 2022 stating that her benefits had not stop, they have been rescheduled in the system due to her being terminated March 03, 2022

## ADMINISTRATIVE PROCEDURES

31. More than thirty days prior to the institution of this lawsuit Plaintiff / Claimant filed a violation of the Americans with Disabilities Act ("ADA") with the EEOC alleging violations of the ADA by Defendants.

32. On December 22, 2022, the EEOC issued to Plaintiff / Claimant a right to sue letter charge number 450-2022-03319.

## JURY TRIAL DEMAND

Plaintiff / Claimant request a jury trial on all questions of fact raised by its Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Rochelle L Smith respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, its officers, successors, assigns and all other persons in active concert or participation with them, from denying promotions and/or firing employees on the basis of an actual or perceived disability, and any other employment practice which discriminates on the basis of disability status.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for disabled employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make Rochelle L Smith whole by providing appropriate back pay with pre-judgment interest, in an amount to be determined at trial, pay and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make Rochelle L Smith whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in the paragraphs above, in an amount to be determined at trial.

E. Order Defendant to make Rochelle L Smith whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in the paragraphs above, including emotional pain and suffering, loss of enjoyment of life, inconvenience, anxiety, stress, and humiliation, in amounts to be determined at trial.

F. Order Defendant to pay punitive damages to Rochelle L Smith for Defendant's malicious and/or reckless conduct described in the paragraphs above, in an amount to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award Rochelle L Smith its costs in this action appropriate pursuant to 42 U.S.C. 12117(a)

Date: March 22, 2023

Respectfully Submitted

Rochelle L Smith, Pro Se
409 Ave E
Dallas, Texas 75203
(682) 507-0928
rosmithfirm@gmail.com

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| # CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br><br>450-2022-03319 |

Texas Workforce Commission Civil Rights Division  _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Rochelle L. Smith | (682) 597-0928 | |

Street Address
409 Avenue E
DALLAS, TX 75203

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| General Motors | 501+ Employees | (817) 652-2248 |

Street Address
2525 E ABRAM ST
ARLINGTON, TX 76010

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address _____ City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Disability | Earliest: 03/08/2022    Latest: 03/08/2022 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

HARM: I began my employment in March 2020, as a Forklift Operator. In August 2020, I was injured at work. I returned to work in September 2020 and the employer did not honor my restrictions. I was sent home. On or about March 8, 2022, I was informed that my employment terminated, and I was no longer in the system. I was discriminated against because of my injury. REASON: No reason given. I believe I was discriminated against as described above, because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended (ADA).

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mrs. Rochelle L. Smith**<br>12/19/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

El Paso Area Office
100 N. Stanton Street, Suite 600
El Paso, TX 79901
(800) 669-4000
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 12/22/2022

**To:** Mrs. Rochelle L. Smith
409 Avenue E
DALLAS, TX 75203
Charge No: 450-2022-03319

EEOC Representative and email:   ROXANA LAMOTTE
EO INVESTIGATOR
roxana.lamotte@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2022-03319.

On behalf of the Commission,

Roxana La Motte *for*
12/22/2022
Travis M. Nicholson
District Director

Cc:

Please retain this notice for your records.

Cc:

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

3-23CV0625-G

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rochelle L Smith

## DEFENDANTS
General Motors LLC & UAW

**(b)** County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Wayne County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED MAR 22 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
409 Avenue E
Dallas, TX 75203

Attorneys *(If Known)*
300 Renaissance Center
Detroit, MI 48243

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

[Nature of Suit checklist - "442 Employment" checked under CIVIL RIGHTS]

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 2000e-4
Brief description of cause: Disability Discrimination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 3/22/23
SIGNATURE OF ATTORNEY OF RECORD: /s/ Rochelle L. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____