UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF TEXAS
Fort Worth, Texas

Rochelle L Smith
Plaintiff

v.

General Motors, LLC
Defendants

**4:23-CV-00379-O-BP**
Civil Action No.

# AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Rochelle L Smith ("Plaintiff"), files this Original Petition complaining of and about General Motors, LLC ("Defendant"), and for cause of action would show the following:

## JURISDICTION AND VENUE

1. This Court has federal question jurisdiction under 28 U.S.C. 1331 because this suit concerns the scope of the Americans with Disabilities Act ("ADA"), 42 U.S.C.

12117(a), The Equal Employment Opportunity Commission ("EEOC"), and Texas Commission on Human Rights Act ("TCHRA").

2. Venue is proper in this District under 28 U.S.C. 1391(c) because Rochelle L Smith is a Resident of this judicial district.

3. This Court is authorized to award the requested declaratory and injunctive relief under the ("ADA"), the Declaratory Judgment Act, 42 U.S.C. 12117(a); 28 U.S.C. 1361; and its general equitable powers.

## PARTIES

4. General Motors, LLC are "**Covered entity**" as used in 42 U.S.C. 12111(2): Definitions.  Principle Office of General Motors, LLC 300 Renaissance Center Detroit, MI 48243

5. At all relevant times, Defendants has continuously been a corporation doing business in the state of Texas and the city of Arlington and has continuously had at least 15 employees.

## FACTUAL BACKGROUND

**Plaintiff / Claimant Rochelle L Smith was a forklift driver at the GM assembly plant in Arlington, Texas.**

6. Rochelle L. Smith was hired at the GM Arlington Plant on February 24, 2020, as a 6 day temporary forklift driver on third shift 10:00pm – 6:00am.

7. On August 29, 2020 Rochelle L Smith was injured while driving a forklift at the GM Arlington Plant as part of her job description. Plaintiff / Claimant tried to avoided a GM automated see-grid and hit a pole, causing her forklift frame to forcefully move and hit her forehead, she also had a loss of consciousness.

8. Plaintiff / Claimant was transported to the GM Body Shop Medical by security, the nurse at GM Body Shop Medical noted that, Plaintiff / Claimant had a large swollen <u>nodule</u> to the forehead of Rochelle L Smith.

9. Plaintiff / Claimant stated to the nurse that she got hit on the head by the cross of the forklift when she drove the forklift into a pole trying to avoid the GM automated see-grid. Causing her to lose consciousness.

10. EMS transported Plaintiff / Claimant to Medical City Arlington ER. A CT scan of the head was performed and was negative for intracranial bleeding. She was having significant headache and stiffness in the neck and shoulders. Feels her vision is going in and out. Complaining of neck pain. Symptoms are worsening in the posterior neck bilaterally. The pain radiates to trapezius bilaterally. Associated symptoms include headache, decreased neck range of motion, neck stiffness, and neck tenderness, but no

upper extremity parenthesis. Plaintiff / Claimant admit to examiner to vision changes and blurred vision.

Assessment:

1. Head Contusion

2. Mild Concussion

3. Cervical Strain

11. On September 02, 2020, evaluation by Gene Joe, DO, The examinee's head was swollen. DWC Form 73 filled out by Gene Joe, OD, allowing the Plaintiff / Claimant to return to work with restriction (Sedentary work only) from September 02, 2020, to September 04, 2020.

12. Plaintiff / Claimant returns to GM Arlington Plant on September 02, 2020 work with restrictions (Sedentary work only). Rochelle L Smith did have a cephalo-hematoma in the frontal area and intermittent blurred vision dizziness and headache.

13. On September 03, 2020 Plaintiff / Claimant, presented to the GM Medical Clinic a chief complaint of headache and feeling dizzy while standing. Reports headache pain is 10/10, alert and oriented, small mound on forehead, speech clear gait steady. Ice pack on forehead, rested in the clinic, lying on table for one hour with lights off and door closed, after which the headache had decease to 7/10.

Assessment:

1. Mild Concussion

    2. Head Contusion

    3. Cervical Strain.

**14.** On September 04, 2020 Concentra Medical Center, allowed Plaintiff / Claimant to turn to work with restrictions (Sedentary work only) from September 04, 2020 until GM March 2022 termination of Plaintiff / Claimant in violation of the ADA.

**15.** On March 08, 2022 is when Plaintiff / Claimant visit GM for her bi-weekly doctor orders update, this is when she than learn of her termination from the GM medical nurse.

## STATEMENT OF CLAIMS

This is an action under the Americans with Disabilities Act ("ADA") 42 U.S.C. 12112(a), The Equal Employment Opportunity Commission ("EEOC"), and Texas Commission on Human Rights Act ("TCHRA") to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Rochelle L Smith for the following:

**16.** General Motor, LLC have engaged in intentional discrimination against Rochelle L Smith when GM fired her while on Workman's Compensation Insurance Benefits.

17. General Motor, LLC have engaged in intentional discrimination against Rochelle L Smith when GM had her do work against the work restrictions.

18. Since September 2020 General Motors, LLC have engaged in unlawful employment practices Smith is a qualified individual with a disability under Sections 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8). Defendants also regarded Smith as having a disability by subjecting her to an adverse employment action, race discrimination, job promotion denial and termination because of an actual or perceived physical impairment.

19. September 17, 2020, General Motors went against Texas Workman's Compensation doctor orders and the General Motors in-house doctors' orders making Rochelle L Smith work in GM trim shop, lifting heavy equipment and riding on heavy equipment which violated the restricted duty orders. Which caused agitation in her back and neck? Because the dollies were hitting the back of the tugger truck very hard. Plaintiff / Claimant advised GM Body Shop (Supervisor) Will of the encounter. General Motors refused to provide reasonable accommodations to a disabled employee.

20. Sep 18, 2020-September 30, 2020, Rochelle Smith was sent to work in the GM Stripping Department for 8 hours, where she was standing for more than the restricted hours of standing based on her restrictions. This violated the doctors' restrictions put in place for her Texas Workman's Comp Injury. General Motors refused to provide reasonable accommodations to a disabled employee.

21. October 2020 Rochelle Smith was sent to the GM Trim Shop Department to do an inventory of parts which consisted of long standing, reaching, pulling and walking. This was a violation of Plaintiff / Claimant restrictions. General Motors refused to provide reasonable accommodations to a disabled employee. Violation under American isability Act

22. February 2021 Rochelle Smith was sent to the Trim Department to do an inventory of parts which consisted of long standing, reaching, pulling, and walking. This was a violation of my restrictions. While in the inventory area where I was working a white male worker on a forklift hit the shelf that I was working on with his forklift and it hit Plaintiff / Claimant arm. Plaintiff / Claimant complained to the supervisor, witness will contest. General Motors refused to provide reasonable accommodations to a disabled employee.

23. Feb 22, 2021 Nate Hampton (Supervisor) told Plaintiff / Claimant that upper management was watching everyone on restrictions and stated the GM union rep asked where she was and asked about Plaintiff / Claimant in house doctor's appointment that she was not able to attend due to the plant being closed due to the ice storm.

24. March 2021 Plaintiff / Claimant was sent to GM Trim Shop to work with Audrey a white female (Supervisor) and was told she would report to her for the next several days because she had work for Plaintiff / Claimant to do according to her restrictions.

General Motors refused to provide reasonable accommodations to a disabled employee. Violation under American Disability Act.

25. March 2021, Day 1 Audrey (Supervisor) violated Plaintiff / Claimant restrictions by having her walking, reaching, bending outside of her restrictions. Plaintiff/ Claimant was also asked to ride with a young lady on the heavy equipment to deliver parts to the line in Trim department. General Motors refused to provide reasonable accommodations to a disabled employee. Violation under American Disability Act

26. March 2021 Day 2 Audrey (Supervisor) had Plaintiff / Claimant doing janitorial work in the meeting room/break room. Washing concrete walls, washing lockers, cabinets, picking up trash and cleaning tables. This was a violation of her contract and restricted duty orders. She complained to her (Supervisor) Nate Hampton, and GM Union Rep Dusty and KP. Caravan is GM designated janitorial services provider. General Motors refused to provide reasonable accommodations to a disabled employee. Violation under American Disability Act.

27. March 2021 Day 3 Plaintiff / Claimant complained to Audrey about the violations, she said Plaintiff / Claimant needed to go to GM labor and ask for a union rep, Plaintiff / Claimant tried calling GM union and no one answered. Plaintiff / Claimant had no one from GM union with her to assist in this retaliatory event. Violation under American Disability Act

28. Plaintiff / Claimant went to GM labor department and Ed Driver from GM labor informed her that she had to go on "no job available" because of the complaint Plaintiff / Claimant made about the janitorial work.  Plaintiff / Claimant was forced to do her job outside of the doctors' restrictions. So, because of the complaint Plaintiff / Claimant was sent home and retaliated against for complaining to the UAW union and the GM supervisors about performing a work assignment against her medical restrictions. Violation under American Disability Act

29. Plaintiff / Claimant was never allowed to attend the ADAPT program, while others personnel with similar restrictions were.  The ADAPT program is a program that helps transition and find meaningful work for employees with medical restrictions and/or illnesses. General Motors refused to provide reasonable accommodations to a disabled employee. Violation under American Disability Act

30. March 08, 2022, Plaintiff / Claimant was informed by Medical Staff at General Motors that she was no longer in the system. Plaintiff / Claimant was informed that she was terminated March 03, 2022, in which she recorded the encounter. Plaintiff / Claimant was terminated without reason or notice from General Motors or the UAW while on worker compensation.  Plaintiff / Claimant emailed several UAW union reps to get clarification. When Plaintiff / Claimant did get in contact with someone from GM

UAW. " she asked why wasn't her employment switched from temp to permanent after her 2 year anniversary date" and was informed that because she was on Worker Compensation she was denied that promotion. Plaintiff / Claimant also ask why no one sent her anything via mail regarding her employment. The UAW did not have any answers, so Plaintiff / Claimant was denied a promotion, profit shares, and terminated after her 2-year anniversary date. Violation under American Disability Act

31. March 21, 2022, Plaintiff / Claimant received a test message from KP Union Steward stating that he spoke to Kenny, and he said I had about a week to get my job back by clearing medical to comeback to work. Wanting Plaintiff to ignore her doctor's orders.

32. March 30, 2022 Plaintiff / Claimant emailed Jordan Bushey with Sedgwick Claims Management, INC inquiring about her not receiving her workers comp check. He emailed her back on April 01, 2022 stating that her benefits had not stop, they have been rescheduled in the system due to her being terminated on March 03, 2022. Violation under American Disability Act

## ADMINISTRATIVE PROCEDURES

33. More than thirty days prior to the institution of this lawsuit Plaintiff / Claimant filed a violation of the Americans with Disabilities Act ("ADA") with the EEOC alleging violations of the ADA by Defendants.

34. The charge of employment discrimination was filed on December 19, 2022 with the United States Equal Employment Opportunity Commission (EEOC) by Rochelle L. Smith against General Motors, LLC.

35. On December 22, 2022, the EEOC issued to Plaintiff / Claimant a right to sue letter charge number 450-2022-03319.

## JURY TRIAL DEMAND

Plaintiff / Claimant request a jury trial on all questions of fact raised by its Complaint.

## PRAYER FOR RELIEF

WHEREFORE, Rochelle L Smith respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, its officers, successors, assigns and all other persons in active concert or participation with them, from denying promotions and/or

firing employees on the basis of an actual or perceived disability, and any other employment practice which discriminates on the basis of disability status.

B. Order Defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for disabled employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make Rochelle L Smith whole by providing appropriate back pay with pre-judgment interest, in an amount to be determined at trial, pay and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make Rochelle L Smith whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in the paragraphs above, in an amount $200,000 to be determined at trial.

E. Order Defendant to make Rochelle L Smith whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in the paragraphs above, including emotional pain and suffering, loss of enjoyment of life, inconvenience, anxiety, stress, and humiliation, in an amount of $500,000 to be determined at trial.

F.  Order Defendant to pay punitive damages to Rochelle L Smith for Defendant's malicious and/or reckless conduct described in the paragraphs above, in an amount of $750,000 to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award Rochelle L Smith its costs in this action appropriate pursuant to 42 U.S.C. 12117(a)

Date: May 21, 2023                                                          Respectfully Submitted

/s/ Rochelle L Smith
Rochelle L Smith, Pro Se
409 Ave E
Dallas, Texas 75203
(682) 507-0928
rosmithfirm@gmail.com