IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROCHELLE L. SMITH, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00379-O-BP |
| | § | |
| GENERAL MOTORS, LLC, | § | |
| | § | |
|     Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motions for Entry of Default and Default Judgment (ECF No. 32, 38) and Motion to Stay Notice of Appeal (ECF No. 45) are **DENIED**.

**SO ORDERED** on this **28th day of July, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE