IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROCHELLE L. SMITH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00379-O-BP |
| | § | |
| **GENERAL MOTORS LLC,** | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on July 3, 2024. The District Court reviewed the proposed Findings, Conclusions, and Recommendation de novo.[1] Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Defendant's Motion (ECF No. 32) is **GRANTED**, Plaintiff's claims that Defendant refused to promote her and failed to enroll her in the ADAPT program are **DISMISSED without prejudice** to her right to refile them after exhausting her administrative remedies, Plaintiff's remaining claims are **DISMISSED**, and all pending motions (ECF Nos. 92-93, 96, 101, 107-109) are **DENIED** as **MOOT**.

SO ORDERED this 25th day of July, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Having reviewed and liberally construed Plaintiff's objection, the Court finds that the objection does not identify the particular finding or recommendation to with the objection is made, state a basis for the objection, and specify the place in the Magistrate's FCR where the disputed determination is found.